RICHARD R. KARLSSON [71421]
Interim County Counsel
TODD A. BOLEY [68119]
Deputy County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700

Attorney for County of Alameda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS URIBE, LORENA URIBE,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>KEVIN HING, COURT-CLERK-ALAMEDA-SUPERIOR-COURT, PETER KERMAN, ESQ., LAST MILE PROPERTIES, LLC,<br><br>　　　　　　　　Defendants. | Case No.: C 11 03967 RS<br><br>**STIPULATION EXTENDING TIME TO FILE OPPOSITION AND REPLY MEMORANDA TO DEFENDANT KENNETH HING'S MOTION TO DISMISS**<br><br>Date: October 20, 2011<br>Time: 1:30 p.m.<br>Courtroom: 3 |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THAT:**

1.　Defendant Kenneth Hing filed his motion to dismiss the complaint on September 14, 2011 for hearing on October 20, 2011.

2.　Under the Local Rules, plaintiff's opposition to the motion is due on September 28, 2011 and defendant Hing's reply is due on October 5, 2011.

3.　Defendant Hing's counsel will be out of the state during the entire week of October 2, 2011 on a previously planned vacation.

```
 1       4.      The parties respectfully request that the deadline for plaintiff's opposition
 2  to defendant Hing's motion be moved to October 5, 2011 and for defendant Hing's reply
 3  be moved to October 12, 2011.
 4
 5  DATED:       September 26, 2011   TB
 6                                          OFFICE OF THE COUNTY COUNSEL,
                                            in and for the County of Alameda, State
 7                                          of California
 8
                                            By _____
 9                                              Todd A. Boley
10                                              Deputy County Counsel
11                                          Attorneys for County of Alameda
12
13  DATED: 9/21/11
                                            By _____
14                                              Jesus Uribe
15                                          Plaintiff in Pro Per
16
17  DATED: 9/21/11                          By _____
                                                Lorena Uribe
18
19                                          Plaintiff in Pro Per
20
21  IT IS SO ORDERED:
22
23  DATED:   9/27/11                        _____
                                            HON. RICHARD SEEBORG
24                                          United States District Judge
25
26
27
28
```

STIPULATION EXTENDING TIME TO FILE RESPONSES, Case No. C11-03967 LB          2